STATE of Missouri, Respondent,

v.

Christopher WILLIAMS, Appellant.

Christopher WILLIAMS, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 65622, 67192.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 29, 1995.

Emmett D. Queener, Office of the State Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for State.

Before REINHARD, P.J., and KAROHL and WHITE, JJ.

*ORDER*

PER CURIAM.

Defendant appeals the judgment entered after his conviction by jury of stealing over $150.00. Defendant also appeals the denial, after an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. No jurisprudential purpose would be served by a written opinion. The judgments are af-

firmed in accordance with Rules 30.25(b) and 84.16(b).